Cases Disposed of Without Consideration by the Court.    203 U. S.

from the United States Circuit Court of Appeals for the Eighth Circuit. October 17, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Wm. T. Hutchings* for appellants. *The Attorney General* for appellees.

---

No. 20. WILLIAM J. GALLAGHER, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF ]. LINOIS. In˙error to the Supreme Court of the State of Illinois. October 22, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles H. Soelke* for plaintiff in error. *Mr. Erasmus C. Lindley* for defendants in error.

---

No. 65. JAMES VAN BUREN, APPELLANT, *v.* P. F. HENNESSEY, TESTAMENTARY EXECUTOR, ETC., ET AL. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. October 24, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Branch K. Miller* for appellant. *Mr. William J. Hennessey* for appellees.

---

No. 348. JULIAN CASTILLO SLAUGHTER ET AL., APPELLANTS, *v.* CECILE R. LOEB, EXECUTRIX, ETC. Appeal from the Court of Appeals of the District of Columbia. October 29, 1906. Dismissed with costs, on motion of *Mr. Charles L. Frailey* in behalf of counsel for the appellants. *Mr. Wilton J. Lambert* for appellants. No appearance for appellee.

---

No. 274. WILLIAM F. HOLTZMAN ET AL., APPELLANTS, *v.* IRWIN B. LINTON, EXECUTOR, ETC. Appeal from the Court

of Appeals of the District of Columbia. November 5, 1906. Dismissed with costs, on motion of counsel for appellants. *Mr. A. S. Worthington* and *Mr. E. Hilton Jackson* for appellants. *Mr. Irwin B. Linton* and *Mr. J. Altheus Johnson* for appellee.

